

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00801-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR., AN INCAPACITATED PERSON**

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file a response to appellee's motion to dismiss is GRANTED. Appellant's response, if any, is due on January 27, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court